UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**PERRY D. MADISON** | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:08mj350/MD<br><br>waived<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information

| **Title & Section** | **Nature of Offense** | **Date Concluded** | **Count Number(s)** |
|---|---|---|---|
| F.S.S. 322.34(1) and 32 C.F.R. § 210 | Driving While License Suspended Without Knowledge | 9/29/08 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA shall be paid no later than January 21, 2009.

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 0.00 |

Date of Imposition of Sentence - 12/17/08

*/s/ Miles Davis*
Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 12-18-2008